UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA )
)
v. ) No. 3:03-CR-63
) (Phillips)
ISAAC ALLEN )

**MEMORANDUM AND ORDER**

This matter is before the court on the defendant's motion for early termination of supervised release [Doc. 27]. In support of the motion, defendant states that he was released from prison to a halfway house in September 2010 for six months, and his term of supervised release commenced in March 2011. Defendant's probation officer reports that defendant abided by all rules of the halfway house; defendant has maintained steady employment; all drug screens have been negative; and defendant has complied with all the conditions of his supervision. His supervising officer recommends that defendant's motion for early termination be granted by the court.

Defendant pled guilty to distribution and possession with intent to distribute cocaine hydrochloride. He was sentenced to 120 months imprisonment, followed by six years of supervised release. The government opposes early termination of supervised release because defendant has not served 75% of the time imposed.

Defendant moves for early termination of supervised release pursuant to 18 U.S.C. § 3583(e) which provides:

> The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4) (a)(5), (a)(6), and (a)(7) –
>
> (1) terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.

18 U.S.C. § 3583(e)(1).

After carefully considering the requirements of the statute, the court finds that the relevant portions of 18 U.S.C. § 3553(a) support an early termination of defendant's supervised release. In support of this determination, the court notes that defendant has completed more than one year of his term of supervised release and that defendant is in compliance with the conditions of his release. The court also notes that defendant has maintained steady employment since his release from prison. In addition, the Probation Office recommends early termination of supervision. Accordingly, because the requirements of 18 U.S.C. § 3583(e)(1) have been satisfied and in light of the lack of objection by the probation officer, the court finds defendant's motion for early termination of supervised release is well-taken, and it is hereby **GRANTED**. The defendant's term of supervised release is **TERMINATED.**

**IT IS SO ORDERED.**

**ENTER:**

  s/ Thomas W. Phillips  
United States District Judge